IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WILLIAM RAY INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No. 2:05cv2095-B |
| ) | |
| CITICORP CREDIT SERVICES, INC. ) | |
| (USA) d/b/a GOODYEAR CREDIT PLAN ) | |
| and BRYANT TIRE & APPLIANCE ) | |
| CENTER, INC. d/b/a GOODYEAR, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO WRITTEN DISCOVERY REQUESTS SUBMITTED BY PLAINTIFF

Upon motion of Defendant Citibank USA, National Association ("Citibank"), incorrectly identified in the Complaint as Citicorp Credit Services, Inc. (USA) d/b/a Goodyear Credit Plan, and for good cause shown, it is HEREBY ORDERED that Citibank's deadline to respond to Plaintiff William Ray Ingram's interrogatories and request for production of documents be extended by fifteen (15) days. Defendant Citibank may respond to such discovery requests up to and including June 7, 2005.

DONE and ORDERED this _25_ day of _May_, 2005.

_S. Thomas Anderson_ USMJ

M JAE 879814 v1
2782620-000017 05/19/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _5-25-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02095 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Kenneth M. Bryant
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary C. McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable J. Breen
US DISTRICT COURT