IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIAM RAY INGRAM,

    Plaintiff,

v.                                        No. 05-2095-B/An

CITICROP CREDIT SERVICES, INC. (USA)
d/b/a GOODYEAR CREDIT PLAN and
BRYANT TIRE & APPLIANCE CENTER,
INC. d/b/a GOODYEAR,

    Defendants.

## ORDER OF REFERENCE

Before the court is Defendant Citibank USA, National Association's Motion to Stay Discovery Pending Court's Ruling on Citibank's Motion to Stay Proceedings in Favor of Arbitration filed on June 7, 2005. This matter is hereby referred to the United States Magistrate Judge for determination and/or report and recommendation. Any objections to the magistrate judge's order and/or report and recommendation shall be made within ten (10) days after service of the order and/or report, setting forth particularly those portions of the order and/or report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order and/or report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 8th day of June, 2005.

                                  J. DANIEL BREEN
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02095 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Kenneth M. Bryant
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary C. McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable J. Breen
US DISTRICT COURT