IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WILLIAM RAY INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.   05-2095 B/An |
| ) | |
| CITICORP CREDIT SERVICES, INC. ) | |
| (USA) d/b/a GOODYEAR CREDIT ) | |
| PLAN, et. al, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION TO STAY DISCOVERY

Before the Court is Defendant Citibank, N.A.'s ("Citibank") Motion to Stay Discovery Pending Court's Ruling on Motion to Stay Proceedings in Favor of Arbitration filed on June 7, 2005. Plaintiff failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, because Plaintiff did not respond and for good cause shown, the Motion is **GRANTED**. Discovery in these proceedings shall be stayed until United States District Judge J. Daniel Breen either adopts or rejects the report and recommendation entered by the Undersigned on Citibank's Motion to Stay Proceedings in Favor of Arbitration.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 12, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02095 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Kenneth M. Bryant
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Gary C. McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT