IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WILLIAM RAY INGRAM,

    Plaintiff,

v.    No. 05-2095 B/An

CITICORP CREDIT SERVICES, INC. (USA)
d/b/a GOODYEAR CREDIT PLAN and
BRYANT TIRE & APPLIANCE CENTER,
INC. d/b/a GOODYEAR,

    Defendants.

---

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

---

Before the Court is Defendant Citibank USA, National Association's[1] Motion to Stay Proceedings in Favor of Arbitration filed on June 2, 2005. The Court referred the matter to Magistrate Judge S. Thomas Anderson. On July 11, 2005, the magistrate judge entered a report and recommended that the motion be granted. According to the Court's docket, no objections to the report and recommendation have been filed. A party who disagrees with the proposed findings and recommendations must file written objections within ten days of service of the recommendations. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based upon a de novo review of the record and the lack of any objections, the Court ADOPTS the report and recommendation in full.

**IT IS SO ORDERED** this 25th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-25-05

---

[1] According to Defendant's Answer filed February 10, 2005, the Complaint incorrectly identifies Defendant as Citicorp Credit Services, Inc. (USA) d/b/a Goodyear Credit Plan. Defendant's correct identification is Citibank USA, National Association.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02095 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Gary C. McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Kenneth M. Bryant
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Honorable J. Breen
US DISTRICT COURT